Form ntfc Revised 12.13.2023

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| **In Re:** | GENE ALEXANDER HERBERT JR<br>SSN: xxx–xx–9923<br><br>**Debtor.** | **Case No:**<br>1:23–bk–10161–BPH<br><br>**Chapter:** 7 |

### NOTICE TO FILE CLAIMS

Upon the Trustee's Request to set Claims Bar Date,

NOTICE IS HEREBY GIVEN that all creditors who have not filed a Proof of Claim shall file a Proof of Claim with the U.S. Bankruptcy Court, 400 North Main St., Rm. 263, Butte MT 59701, on or before **4/24/24** in order to share in distribution of assets or be forever barred. Copies of such Proof of Claim must be submitted to the assigned Chapter 7 Trustee, Debtor(s), if not represented by counsel, and to the Debtor(s)' attorney at the addresses provided on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, and Deadlines (§341 Notice). A Proof of Claim Form ("Official Form B410") can be obtained from the United States Courts Forms web page at www.uscourt.gov/FormsAndFees/Forms. Claims may also be filed electronically from the Montana Bankruptcy Court website at www.mtb.uscourts.gov.

Dated: 1/25/24

For the Clerk of Court
Tyler P. Gilman

By Deputy Clerk:

*[signature: Anna Contuuy]*